IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

PAUL SCHMIDT and
ACRO CORPORATION                                              PLAINTIFFS

      v.        Civil No. 06-5007

UNITED STATES OF AMERICA, by and
through MICHAEL OWEN JOHANNS,
SECRETARY OF THE DEPARTMENT
OF AGRICULTURE, FARM SERVICE
ADMINISTRATION, AND TRAVIS
STEARMAN                                                       DEFENDANTS

## O R D E R

Now on this 14th day of June, 2006, the Court, noting that the parties have been unable to agree on the level of discovery appropriate to this case, hereby directs that each party submit a brief, no more than five pages in length, setting forth such law as he or it believes applicable to the discovery issue. Briefs are to be filed on or before June 28, 2006.

**IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE