# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

PAUL SCHMIDT and
ACRO CORPORATION                                            PLAINTIFFS

            v.            Civil No. 06-5007

UNITED STATES OF AMERICA, by and
through MICHAEL OWEN JOHANNS,
SECRETARY OF THE DEPARTMENT
OF AGRICULTURE, FARM SERVICE
ADMINISTRATION, AND TRAVIS
STEARMAN                                                          DEFENDANTS

## O R D E R

Now on this 23d day of October, 2006, comes on for consideration the **Motion To Withdraw** (document #21) of attorney Harry McDermott, counsel of record for the plaintiffs, and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and attorney Harry McDermott is relieved of all further responsibility in this matter.

The Clerk of Court is directed to forward a copy of this Order to Paul Schmidt at 13661 Trails End Ranch Road, Springdale, Arkansas, 72762, and to note that address, and the telephone number 479-248-6629, as contact information for plaintiffs.

Plaintiffs are allowed twenty (20) days from the date of this Order to obtain new legal representation. After that, should no attorney enter an appearance on their behalf, plaintiff Paul Schmidt may represent himself as a *pro se* litigant. ACRO Corporation, however, can only be represented in these proceedings

by a licensed attorney.  **Rowland v. California Men's Colony**, 506 **U.S. 194 (1993).**

**IT IS SO ORDERED.**

            **/s/ Jimm Larry Hendren**
            **JIMM LARRY HENDREN**
            **UNITED STATES DISTRICT JUDGE**